UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FREMONT GROUP, L.L.C., et al.

Plaintiff,

-v-

THE RESERVE FUND, et al.

Defendant.

---

**09 CIV 3970**

Case No. _____

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Fremont Properties, Inc.        (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Fremont Properties, Inc. is a wholly-owned subsidiary of Co-Plaintiff Fremont Investors, Inc.

Date: 4/21/09

_____
Signature of Attorney

Attorney Bar Code: VG1664

Form Rule7_1.pdf  SDNY Web 10/2007