ECF CASE

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

FREMONT GROUP, L.L.C., et al.

Plaintiff,

-v-

THE RESERVE FUND, et al.

Defendant.

09 CIV 3970

Case No. _____

**Rule 7.1 Statement**

RECEIVED APR 21 2009 U.S.D.C. S.D.N.Y. CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Fremont Capital, Inc.                                  (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Fremont Capital, Inc. is a wholly-owned subsidiary of Co-Plaintiff Fremont Investors, Inc.

Date:   4/21/09

_____
**Signature of Attorney**

Attorney Bar Code: V6-1664

Form Rule7_1.pdf  SDNY Web 10/2007